IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LAWRENCE P. GREEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 05-3304 |
| | ) | |
| ALAN UCHTMAN, | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 1) (Petition). This is the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2254 Cases. After a review of the Petition, this Court finds that a summary dismissal is not warranted.

THEREFORE, the Attorney General for the State of Illinois is ordered to file an answer to Petitioner's Petition, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases, on or before February 21, 2006. The answer shall discuss the merits and the procedural posture of the Petition, i.e. whether Petitioner has exhausted his state remedies and/or procedurally

1

defaulted any of his claims.  <u>See</u> Rule 5 of the Rules Governing § 2254 Cases.

IT IS THEREFORE SO ORDERED.

ENTER:   December 20, 2005.

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE